```
LAURA E. DUFFY
United States Attorney
BRUCE C. SMITH
Assistant U.S. Attorney
California State Bar No. 078225
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-6963
E-mail: bruce.smith@usdoj.gov

Attorneys for Plaintiff
United States of America
```

FILED
10 JUL 26 PM 3:14
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>$58,662.00 IN U.S. CURRENCY,<br><br>　　　　　Defendant. | Civil No. '10 CV 1552 WQH POR<br><br>COMPLAINT FOR FORFEITURE |

By way of complaint against the defendant, $58,662.00 IN U.S. CURRENCY (hereinafter referred to as "defendant $58,662 in currency"), the United States of America alleges:

　　1.　This Court has jurisdiction over this action by virtue of the provisions of Title 28, United States Code, Section 1355(a) and Title 31, United States Code, Section 5332(c), because the defendant $58,662 in currency constitutes property involved in a violation of Title 31, United States Code, Section 5332(a).

　　2.　Venue is proper in this district pursuant to Title 28, United States Code, Section 1395 because the defendant $58,662 in currency was found in this district.

　　3.　On May 26, 2010, uniformed officers of the United States Customs and Border Protection (hereinafter referred to as "CBP")

1  were stationed at the Port of Entry, Otay Mesa, in the
2  Southern District of California, monitoring southbound vehicular
3  traffic on State Route 905. The CBP officers were conducting
4  inspections of vehicles exiting the United States, and entering
5  the Republic of Mexico.
6      A.   At approximately 5:30 a.m., a 1998 Chevrolet Tahoe
7  sports utility vehicle (hereinafter referred to as "SUV"), bearing
8  California license plates arrived at the southbound vehicular
9  primary inspection position. Hector Fernandez Rubio (hereinafter
10  referred to as "Fernandez Rubio"), the driver and sole occupant,
11  was greeted by CBP Officer Seale. Fernandez Rubio stated he was
12  en route to Tijuana.
13      B.   Officer Seale advised Fernandez Rubio of his
14  obligation to declare all cash, checks, traveler's checks, or
15  money orders in his possession if the combined value of such items
16  equaled or exceeded $10,000 in United States dollars. Officer
17  Seale asked Fernandez Rubio whether he was transporting money or
18  currency in the amount of $10,000 or more. Fernandez Rubio stated
19  he had only $450.00 in currency. Fernandez Rubio was directed to
20  proceed to the nearby secondary vehicle area for a more thorough
21  inspection.
22      C.   Upon arrival in the secondary inspection area, CBP
23  Canine Enforcement Officer Worley used his trained and certified
24  human and narcotic detection canine, "Ruger", to screen the SUV.
25  Officer Worley noted that Ruger alerted and responded to the
26  engine compartment area. Ruger's behavior indicated to Worley it
27  detected the scent of a controlled substance.
28  //

      D.   CBP officers opened the hood of the SUV and inspected the engine compartment. A substance that appeared to be dried silicone oozed from the engine intake manifold. Officers removed top portion of the intake manifold, revealing a non-factory compartment. An automobile mechanic was summoned to assist with the inspection.

      E.   While removing the intake manifold, the mechanic encountered a non-factory installed metal box. The metal box was opened. Discovered within it were ten vacuum-sealed packages of United States currency. The ten packages contained a grand total of $29,000.00 in United States currency.

      F.   When the intake manifold was removed from the engine, a second non-factory installed metal box was discovered. An additional $29,000.00 in United States currency was sealed inside the second metal box.

      G.   Fernandez Rubio was carrying a wallet. Inside the wallet, officers found $662.00 in United States currency. The defendant $58,662.00 in United States currency is comprised of the $58,000 in currency concealed in the two metal boxes, combined with the currency found in Fernandez Rubio's wallet.

      H.   Immigration and Customs Enforcement Special Agent, Medina responded to the port of entry and took charge of the investigation. Agent Medina advised Fernandez Rubio of his rights to remain silent and to the assistance of legal counsel. Fernandez Rubio waived his rights, and agreed to be interviewed by the agent. Fernandez Rubio explained he was being paid to use the Tahoe SUV to transport illegal drugs from Tijuana, Mexico north to the San Francisco Bay Area, and drug proceeds back to Tijuana.

1 | When stopped at the port of entry that morning, Fernandez Rubio
2 | was transporting drug proceeds back to Tijuana.

3 |       4.   The defendant $58,662 in currency constitutes more than $10,000 in currency or monetary instruments knowingly concealed in a conveyance and transported from a place inside the United States to a place outside thereof, to wit: the Republic of Mexico, by a person or persons with the intent to evade a currency reporting requirement under Title 31, United States Code, Section 5316, in violation of Title 31, United States Code, Section 5332.

      5.   As a result of the foregoing, the defendant $58,662 in currency is liable to condemnation and to forfeiture to the United States for its use in accordance with Title 31, United States Code, Section 5332(c).

      WHEREFORE, the United States prays that due process issue to enforce the forfeiture of the defendant $58,662.00 in United States currency, and that due notice be given to all interested parties to appear and show cause why said forfeiture should not be declared.

      DATED: JULY 23, 2010

                                          LAURA E. DUFFY
                                          United States Attorney

                                          BRUCE C. SMITH
                                          Assistant U.S. Attorney

## VERIFICATION

I, Alvin Medina, state and declare as follows:

1. I am a Special Agent with Immigration and Customs Enforcement and am one of the officers assigned to this investigation.

2. I have read the foregoing complaint and know its contents.

3. The facts set forth in the complaint are based upon my own knowledge or were facts furnished to me by other United States law enforcement personnel, civilian witnesses, or other official Government sources.

Based on this information, I believe the allegations in the complaint to be true.

I declare under penalty of perjury that the foregoing is true and correct, to the best of my knowledge and belief.

Executed on July 26, 2010

_____
ALVIN MEDINA, Special Agent
IMMIGRATION & CUSTOMS ENFORCEMENT

%JS 44 (Rev. 12/07)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I. (a) PLAINTIFFS**
UNITED STATES OF AMERICA

**DEFENDANTS**
$58,662.00 IN U.S. CURRENCY

**(b)** County of Residence of First Listed Plaintiff: San Diego
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
AUSA Bruce C. Smith, 880 Front Street, Room 6293, San Diego, CA 92101-8893, Tel. (619) 557-6963

Attorneys (If Known)
'10 CV 1552 WQH POR

**II. BASIS OF JURISDICTION** (Place an "X" in One Box Only)
- [X] 1 U.S. Government Plaintiff
- [ ] 3 Federal Question (U.S. Government Not a Party)
- [ ] 2 U.S. Government Defendant
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (For Diversity Cases Only) (Place an "X" in One Box for Plaintiff and One Box for Defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** (Place an "X" in One Box Only)

CONTRACT
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

REAL PROPERTY
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

TORTS — PERSONAL INJURY
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury

CIVIL RIGHTS
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/ Accommodations
- ☐ 444 Welfare
- ☐ 445 Amer. w/Disabilities - Employment
- ☐ 446 Amer. w/Disabilities - Other
- ☐ 440 Other Civil Rights

PERSONAL INJURY
- ☐ 362 Personal Injury - Med. Malpractice
- ☐ 365 Personal Injury - Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

PRISONER PETITIONS
- ☐ 510 Motions to Vacate Sentence
- Habeas Corpus:
- ☐ 530 General
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition

FORFEITURE/PENALTY
- ☐ 610 Agriculture
- ☐ 620 Other Food & Drug
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 630 Liquor Laws
- ☐ 640 R.R. & Truck
- ☐ 650 Airline Regs.
- ☐ 660 Occupational Safety/Health
- [X] 690 Other

LABOR
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Mgmt. Relations
- ☐ 730 Labor/Mgmt.Reporting & Disclosure Act
- ☐ 740 Railway Labor Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Empl. Ret. Inc. Security Act

IMMIGRATION
- ☐ 462 Naturalization Application
- ☐ 463 Habeas Corpus - Alien Detainee
- ☐ 465 Other Immigration Actions

BANKRUPTCY
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

PROPERTY RIGHTS
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

SOCIAL SECURITY
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

FEDERAL TAX SUITS
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS—Third Party 26 USC 7609

OTHER STATUTES
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Sat TV
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 875 Customer Challenge 12 USC 3410
- ☐ 890 Other Statutory Actions
- ☐ 891 Agricultural Acts
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 895 Freedom of Information Act
- ☐ 900 Appeal of Fee Determination Under Equal Access to Justice
- ☐ 950 Constitutionality of State Statutes

**V. ORIGIN** (Place an "X" in One Box Only)
- [X] 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

**VI. CAUSE OF ACTION**
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
Title 31, United States Code Section 5332(a)   28:1341
Brief description of cause:
Bulk Cash Smuggling

**VII. REQUESTED IN COMPLAINT:**
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ _____
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes [X] No

**VIII. RELATED CASE(S) IF ANY** (See instructions):
JUDGE _____   DOCKET NUMBER _____

DATE: JULY 23, 2010
SIGNATURE OF ATTORNEY OF RECORD: AUSA BRUCE C. SMITH

FOR OFFICE USE ONLY
RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

