FILED
NOV 16 2010
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 10cv1552-WQH(POR) |
| Plaintiff, | |
| v. | ORDER GRANTING MOTION FOR JUDGMENT BY DEFAULT AGAINST HECTOR FERNANDEZ RUBIO, |
| $58,662.00.00 IN U.S. CURRENCY, | AND ALL POTENTIAL CLAIMANTS, FORFEITING THE DEFENDANT |
| Defendant. | TO THE UNITED STATES |

      This matter came before the Court on the Plaintiff Government's motion for an order granting it default judgment. No written opposition to the motion was filed or otherwise received. Based upon the Government's motion and upon review of the Court's file in this matter, IT IS HEREBY ORDERED:

      1.    The Government's motion is GRANTED. (ECF No. 7).

      2.    The Court makes the following findings and conclusions:

          A.    On July 26, 2010, a verified complaint for forfeiture was filed against the above-named defendant. On July 30, 2010, the defendant was seized and arrested by a duly authorized agent of the United States Customs and Border Protection ("CBP"), who thereafter took possession and custody of the Defendant, pursuant to the Court's Order dated July 28, 2010.

//

//

//

B.   On July 27, 2010, Notice of Judicial Forfeiture Proceedings and a copy of the Complaint for Forfeiture were sent by certified mail to the following potential claimant at his addresses of record:

| Name and Address | Article No. | Result |
|---|---|---|
| Hector Fernandez Rubio<br>Register No. 19963298<br>FDC SEATAC<br>Federal Detention Center<br>PO Box 13900<br>Seattle, WA 98198 | 70072680000042222480 | Delivered August 2, 2010, per USPS Track & Confirm |
| Hector Fernandez Rubio<br>c/o Barry L. Flegenheimer, Esq.<br>119 1st Avenue, So.<br>500 Maynard Bldg.<br>Seattle, WA 98104 | 70072680000042222497 | Delivered August 2, 2010, per USPS Track & Confirm |

C.   Notice of this civil forfeiture action was posted on an official government internet website, www.forfeiture.gov, for at least 30 consecutive days, beginning on July 27, 2010, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.  On August 26, 2010, a Declaration of Publication was issued.

From the time of said notice, no claim or answer has been filed regarding the above defendant by anyone.

D.   On October 1, 2010, a Declaration of and Request for Clerk's Entry of Default was filed in this Court.  A Clerk's Entry of Default was filed on October 4, 2010, as Document No.6.

E.   On October 5, 2010, the Government filed its Notice of Motion and Motion for Judgment by Default as to HECTOR FERNANDEZ RUBIO, and All Potential Claimants.

F.   Plaintiff's verified Complaint for Forfeiture sets forth adequate evidence demonstrating the forfeitability of the defendant currency and no one has come forward to dispute the facts. The Government has demonstrated by a preponderance of the evidence that the defendant currency constitutes more than $10,000.00 in currency or monetary instruments knowingly concealed in a conveyance, by a person or person with the intent to evade a currency reporting requirement and is forfeitable pursuant to Title 31, United States Code, Section 5332(c).

| | |
|---|---|
| 1 | 3.    The defendant $58,662.00 in U.S. Currency is hereby condemned and forfeited to the United States of America pursuant to Title 31, United States Code, Section 5332(c). Judgment shall be entered on Plaintiff's complaint in favor of the United States of America. |

4.    Costs incurred by the CBP and any other governmental agencies which were incident to the seizure, custody and storage of the defendant shall be the first charge against the forfeited defendant currency.

DATED: 11/15/10

WILLIAM Q. HAYES, Judge
United States District Court